**CHRIS McCONNELL**
**KIRSTEN MADSEN**
Legal Counsel
Commissioner of Securities & Insurance,
Office of the Montana State Auditor
840 Helena Avenue
Helena, MT 59601
Phone: (406) 444-2040
Fax: (406) 444-3497
Email: Christopher.Mcconnell@mt.gov
Email: Kirsten.Madsen@mt.gov
E-service: CSILegalService@mt.gov

*Counsel for Defendant Commissioner of Securities & Insurance,*
*Office of the Montana State Auditor*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively on behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KEVIN MOORE, KIRK ALLEN SCOGGINS, STEVEN SHRADER and DEBRA SHRADER d/b/a DAYTRONICS, DAYTRONICS, LLC, an Idaho limited liability company, MICHAEL WELCOME, THE COMMISSIONER OF SECURITIES AND INSURANCE, OFFICE OF THE MONTANA STATE AUDITOR, the UNITED STATES | Case No. CV-22-74-GF-BMM-JTJ<br><br>**DEFENDANT CSI'S RESPONSE TO DEFENDANT MOORE'S MOTION TO REMAND** |

DEPARTMENT OF JUSTICE, JOHN DOES I-X, and all other unknown heirs or any unknown devisees of any deceased person, or any other person, unknown, who claim or may claim any right, title, estate, or interest therein or lien or encumbrance thereon adverse to Plaintiff's ownership or any cloud upon Plaintiff's title thereto, whether such claim or possible claim be present or contingent,

Defendants.

---

THE COMMISSIONER OF SECURITIES AND INSURANCE, OFFICE OF THE MONTANA STATE AUDITOR,

Cross-claimant,

vs.

JOHN KEVIN MOORE,

Cross-claim Defendant.

Defendant and Cross-claimant, Commissioner of Securities and Insurance, Office of the Montana State Auditor ("CSI") opposes Defendant John Kevin Moore's (Moore) motion to remand the proceeding to a Montana state court. (Doc. 54).

Moore's request is also opposed by Defendant United States. (Doc. 57). CSI concurs with the positions and legal argument asserted by Defendant U.S. CSI asks the Court to deny Defendant Moore's request for the same legal reasons articulated by Defendant U.S. CSI hereby incorporates those legal arguments by reference. For the reasons stated in Defendant U.S.'s response, the Court should deny Defendant Moore's motion to remand.

DATED this 14th day of December, 2022.

Commissioner of Securities & Insurance,
Office of the Montana State Auditor
840 Helena Avenue
Helena, MT 59601

*Counsel for CSI*

By: /s/ Chris McConnell
CHRIS McCONNELL
KIRSTEN MADSEN

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I hereby certify that on December 14, 2022, I caused a copy of the foregoing CSI's Response to Defendant Moore's Motion to Remand to be served on the following persons by the following means:

1,2,3 CM/ECF
______ Hand Delivery
4 Mail
______ Overnight Delivery Service
______ Fax
______ E-Mail

1. Clerk, U.S. District Court

2. Joseph L. Breitenbach
CHRISTENSEN FULTON & FILZ, PLLC
19 36th Street W, Suite 3
Billings, MT 59102-4303
Email: jlb@cfflawfirm.net
*Attorney for Plaintiff*

3. Lynsey Ross
Mark Steger Smith
UNITED STATES ATTORNEY'S OFFICE
2601 2nd Ave. North, Suite 3200
Billings, MT 59101
Email: lynsey.ross@usdoj.gov; mark.smith3@usdoj.gov
*Attorneys for Defendant United States of America*

4. John Kevin Moore
No. 05550-046
Great Falls Pre-release Center
1019 15th St. North
Great Falls, MT 59401
*Pro Se Defendant & Cross-claim Defendant*

By: /s/ Chris McConnell
CHRIS McCONNELL
KIRSTEN MADSEN
Counsel for Defendant Commissioner of Securities and Insurance,
Office of the Montana State Auditor