IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively on behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana Limited Liability Company<br><br>Plaintiffs,<br><br>v.<br><br>JOHN KEVIN MOORE, et al.,<br><br>Defendants. | CV-22-74-GF-BMM<br><br>**ORDER** |

Defendant John Moore (Moore) has moved for an order allowing John M. Pierce, Esq., to appear *pro hac vice* in this case with Alexander L. Roots, Esq., designated as local counsel.  (Doc. 81.)  The application of Mr. Pierce appears to be in compliance with L.R. 83.1(d).  **IT IS ORDERED**:

Moore's motion to allow Mr. Pierce to appear on his behalf (Doc. 81) is **GRANTED**, subject  to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Pierce must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Pierce, not the law firm he works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Mr. Pierce must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

**IT IS ALSO ORDERED that Moore will file an Answer within 10 days of the date of this order or show good cause for his failure to do so.**

DATED this 23rd day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court