# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively on behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN KEVIN MOORE, KIRK ALLEN SCOGGINS, STEVEN SHRADER AND DEBRA SHRADER d/b/a DAYTRONICS, DAYTRONICS, LLC, an Idaho limited liability company, MICHAEL WELCOME, THE COMMISSIONER OF SECURITIES AND INSURANCE, OFFICE OF THE MONTANA STATE AUDITOR, the UNITED STATES DEPARTMENT OF JUSTICE, JOHN DOES 1-X, and all other unknown heirs or any unknown devisees of any deceased person, or any other person,<br><br>　　　　　　　　Defendants. | CV-22-74-GF-BMM<br><br>**ORDER** |

## INTRODUCTION

Plaintiff Christopher Travis ("Travis") brought this action individually and derivatively on behalf of Milk River Hunting Preserve, LLC, against Defendants John Kevin Moore ("Moore"), Kirk Allen Scoggins; Steven Shrader and Debra

Shrader d/b/a Daytronics; Daytronics, LLC, Michael Welcome; the Commissioner of Securities and Insurance; Office of the Montana State Auditor; the United States Department of Justice ("DOJ"); John Does 1-X, and all other unknown heirs or any unknown devisees of any deceased person, or any other person. (Doc. 1-1.) Defendants

Travis filed the case in the Montana Seventeenth Judicial District Court, Valley County. (*Id.*) The United States removed the action on August 15, 2022. (Doc. 1.) Moore filed a Motion to Remand this action to the state district court on November 30, 2022. (Doc. 54.) DOJ filed a Response on December 13, 2022. (Doc. 57.) The Commissioner of Securities and Insurance and Office of the Montana State Auditor filed a Response on December 14, 2022. (Doc. 58.) Travis filed a Response on December 14. (Doc. 59.) Moore did not file a Reply.

Any action brought under 28 U.S.C. § 2410 "against the United States in any State court may be removed by the United States to the district court of the United States for the district and division in which the action is pending." 28 U.S.C. § 1444. Travis's Verified Complaint seeks to quiet title of real property against which the United States has a lien, rendering the action removable by the United States. (Doc. 1-1 at 19.) The United States timely filed a notice of removal within 30 days its receipt of the Verified Complaint and Summons pursuant to 28 U.S.C. § 1446(b). (Doc. 1 at 1–2; Doc. 1-1 at 1.) The United States properly has exercised

its statutory right of removal. 28 U.S.C. §§ 2410(a), 1444. The Court will deny Moore's Motion to Remand. (Doc. 54.)

## ORDER

Accordingly, **IT IS ORDERED:**

1. Defendant Moore's Motion to Remand (Doc. 54) is **DENIED.**

2. Defendant Moore's Motion for an Extension of Time (Doc. 60) is **DENIED as moot.**

DATED this 19th day of April, 2023.

_____
Brian Morris, Chief District Judge
United States District Court