Joseph L. Breitenbach
CHRISTENSEN FULTON & FILZ, PLLC
19 36th Street W, Suite 3
Billings, MT 59102-4303
(406) 248-3100 telephone
(406) 248-7908 facsimile
jlb@cfflawfirm.net

Benjamin O. Rechtfertig
HEDGER FRIEND, PLLC
2800 Central Avenue, Suite C
Billings, MT 59102
(406) 896-4100 telephone
(406) 896-4199 facsimile
brechtfertig@hedgerlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively on behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana limited liability company,<br><br>　　　　　Plaintiff,<br>vs.<br><br>JOHN KEVIN MOORE, et al.,<br><br>　　　　　Defendants. | Cause No.: CV-22-74-GF-BMM-JTJ<br><br>**PLAINTIFF'S COMBINED MOTION FOR DEFAULT JUDGMENT AND PARTIAL SUMMARY JUDGMENT QUIETING TITLE** |

COMES NOW, Plaintiff Christopher Travis, individually and derivatively on behalf of Milk River Hunting Preserve, LLC, and pursuant to Rules 55(b) and 56(a), Fed. R. Civ. P., moves for default judgment and partial summary judgment on Count V of Plaintiff's Verified Complaint, which requests an order from the Court quieting title in the following described real property located in Valley County, Montana, in the name of Milk River Hunting Preserve, LLC:

**Township 28 North, Range 41 East, MPM**

Section 28:  NW¼NW¼
   EXCEPTING THEREFROM the Railroad and Highway Right of Way described as follows:

   Beginning at the Northwest Section corner of Section 28; thence S. 0D 09' W. a distance of 330.00 feet along the west section line of said Section 28 to the true point of beginning; thence S. 0D 09' W. continuing along the section line a distance of 344.28 feet; thence S. 71D 44' 58" E. a distance of 1392.74 feet; thence N. 0D 13' 32" E. along the 1/16 section line a distance of 334.88 feet; thence N. 71D 23' 18" W. along the Highway R/W line a distance of 696.00 feet to highway station 503+00; thence N. 18D 36' 42" E. a distance of 20 feet; thence N. 71D 23' 18" W. along the Highway R/W line a distance of 700.11 feet to the point of true beginning.

   ALSO EXCEPTING therefrom all of the lands north of the U.S. Highway No. 2 located in the NW¼NW¼ Section 28, Township 28 North, Range 41 East, MPM. (Deed reference: Book 124 Deeds page 852, Doc. No. 36749)

   EXCEPTING therefrom lands conveyed to the State of Montana Highway Commission and more particularly described in book 65 of Deeds on pages 613-614.

Section 28:  A strip or piece of land 185 feet wide in the E½NW¼ lying between two lines parallel to and distant respectively, 75 feet and 260 feet

southwesterly, measured at right angles, from the center line of the main track of the railway of the Great Northern (now Burlington Northern) Railway Company, as now located and constructed. (Deed reference book 63 MRE pages 27-28).

Section 29: All that part of the right of way of the railway of Great Northern, now Burlington Northern, lying between two lines parallel to and distant, respectively, 75 feet and 260 feet Southwesterly, measured at right angles from the centerline of the railway of the Great Northern Railway (now Burlington Northern) Company, as now located and constructed and extending from the East line of said Section 29 Northwesterly to a line drawn at a right angle to said centerline of railway at a point therein distant Northwesterly 800 feet, measured along said center line, from its intersection with the East line of said Section 29. (Deed reference book 61 MRE pages 323-328)

Section 29: Lots 6, 7, 13, 15, S½NE¼

Section 29: Lots 1, 2, 5, 8, 10, 11, N½NE¼ less railroad and highway right-of-way

Section 30: Lot 23

**Township 28 North, Range 41 East, MPM**

Section 28: Lots 2, 3, 8, 10, SW¼NW¼, NW¼SW¼
EXCEPTING from Lot 2 a tract of land more particularly described in book 17 of Deeds on pages 42-43, Doc. No. 53396 – to Great Northern Railway Company.

DATED this 8th day of August, 2023.

CHRISTENSEN FULTON & FILZ, PLLC

/s/ Joseph L. Breitenbach
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Christensen, Fulton & Filz, P.L.L.C., hereby certify that I served a true and complete copy of the foregoing **PLAINTIFF'S COMBINED MOTION FOR DEFAULT JUDGMENT AND PARTIAL SUMMARY JUDGMENT QUIETING TITLE** on the following persons by the following means:

| | |
|---|---|
| __1-6__ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk, U.S. District Court

2. Benjamin O. Rechtfertig
   Hedger Friend, PLLC
   2800 Central Ave., Suite C
   Billings, MT 59102

3. Lynsey Ross
   Mark Steger Smith
   U.S. Attorney's Office
   2601 2nd Ave. North, Suite 3200
   Billings, MT 59101

4. Chris McConnell
   Kirsten Madsen
   Commissioner of Securities & Insurance
   Office of the Montana State Auditor
   840 Helena Ave.
   Helena, MT 59601

5. Alexander L. Roots
   Planalp & Roots, P.C.
   P.O. Box 1
   Bozeman, MT 59771

6.  John Pierce
    John Pierce Law
    21550 Oxnard Street
    3rd Floor PMB #172
    Woodland Hills, CA 91367

DATE:  August 8, 2023                             /s/ Joseph L. Breitenbach