Joseph L. Breitenbach
CHRISTENSEN FULTON & FILZ, PLLC
19 36th Street W, Suite 3
Billings, MT 59102-4303
(406) 248-3100 telephone
(406) 248-7908 facsimile
jlb@cfflawfirm.net

Benjamin O. Rechtfertig
HEDGER FRIEND, PLLC
2800 Central Avenue, Suite C
Billings, MT 59102
(406) 896-4100 telephone
(406) 896-4199 facsimile
brechtfertig@hedgerlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively on behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KEVIN MOORE, et al.,<br><br>Defendants. | Cause No.: CV-22-74-GF-BMM-JTJ<br><br>**STATEMENT OF UNDISPUTED FACTS** |

Pursuant to Local Rule 56(a)(1), Plaintiff Christopher Travis ("Travis"), individually and derivatively on behalf of Milk River Hunting Preserve, LLC ("Milk River"), submits his statement of undisputed facts in support of Plaintiff's Motion for Partial Summary Judgment Quieting Title, filed concurrently herewith.

1.  The real property that is the subject of this litigation (hereinafter the "Subject Property") is located in Valley County, Montana, and is more accurately described as follows:

**Township 28 North, Range 41 East, MPM**

Section 28:  NW¼NW¼
EXCEPTING THEREFROM the Railroad and Highway Right of Way described as follows:

Beginning at the Northwest Section corner of Section 28; thence S. 0D 09' W. a distance of 330.00 feet along the west section line of said Section 28 to the true point of beginning; thence S. 0D 09' W. continuing along the section line a distance of 344.28 feet; thence S. 71D 44' 58" E. a distance of 1392.74 feet; thence N. 0D 13' 32" E. along the 1/16 section line a distance of 334.88 feet; thence N. 71D 23' 18" W. along the Highway R/W line a distance of 696.00 feet to highway station 503+00; thence N. 18D 36' 42" E. a distance of 20 feet; thence N. 71D 23' 18" W. along the Highway R/W line a distance of 700.11 feet to the point of true beginning.

ALSO EXCEPTING therefrom all of the lands north of the U.S. Highway No. 2 located in the NW¼NW¼ Section 28, Township 28 North, Range 41 East, MPM. (Deed reference: Book 124 Deeds page 852, Doc. No. 36749)

EXCEPTING therefrom lands conveyed to the State of Montana Highway Commission and more particularly described in book 65 of Deeds on pages 613-614.

Section 28: A strip or piece of land 185 feet wide in the E½NW¼ lying between two lines parallel to and distant respectively, 75 feet and 260 feet southwesterly, measured at right angles, from the center line of the main track of the railway of the Great Northern (now Burlington Northern) Railway Company, as now located and constructed. (Deed reference book 63 MRE pages 27-28).

Section 29: All that part of the right of way of the railway of Great Northern, now Burlington Northern, lying between two lines parallel to and distant, respectively, 75 feet and 260 feet Southwesterly, measured at right angles from the centerline of the railway of the Great Northern Railway (now Burlington Northern) Company, as now located and constructed and extending from the East line of said Section 29 Northwesterly to a line drawn at a right angle to said centerline of railway at a point therein distant Northwesterly 800 feet, measured along said center line, from its intersection with the East line of said Section 29. (Deed reference book 61 MRE pages 323-328)

Section 29: Lots 6, 7, 13, 15, S½NE¼

Section 29: Lots 1, 2, 5, 8, 10, 11, N½NE¼ less railroad and highway right-of-way

Section 30: Lot 23

**Township 28 North, Range 41 East, MPM**

Section 28: Lots 2, 3, 8, 10, SW¼NW¼, NW¼SW¼
EXCEPTING from Lot 2 a tract of land more particularly described in book 17 of Deeds on pages 42-43, Doc. No. 53396 – to Great Northern Railway Company.

*See* Schedule A to Litigation Guarantee, attached hereto as **Exhibit 1**.

2. On or about October 25, 2001, Plaintiff Travis, Defendant John Kevin Moore ("Moore"), William Mihram, and Otto Kruppa, dba Aspen Group LTD, entered into a Contract for Deed with James David Girtman and Mildred E.

Girtman for the purchase of the following lands located in Valley County, Montana, to wit:

Township 28 North, Range 41 East, MPM

Section 28:  NW¼NW¼ (less railroad and highway rights of way), and

A strip or piece of land 185 feet wide in the E½NW¼ lying between two lines parallel to and distant respectively, 75 feet and 260 feet southwesterly, measured at right angles, from the center line of the main track of the railway of the Great Northern (now Burlington Northern) Railway Company, as now located and constructed. (Deed reference book 63 MRE pages 27-28)

Section 29:  Lots 1, 2, 5, 6, 7, 8, 10, 11, 13, 15, S½NE¼, N½NE¼ less railroad and highway right-of-way, and

All that part of the right of way of the railway of Great Northern, now Burlington Northern, lying between two lines parallel to and distant, respectively, 75 feet and 260 feet Southwesterly, measured at right angles from the centerline of the railway of the Great Northern Railway (now Burlington Northern) Company, as now located and constructed and extending from the East line of said Section 29 Northwesterly to a line drawn at a right angle to said centerline of railway at a point therein distant Northwesterly 800 feet, measured along said center line, from its intersection with the East line of said Section 29. (Deed reference book 61 MRE pages 323-328)

Section 30:  Lot 23

*See* Warranty Deed (Oct. 25, 2001), attached hereto as **Exhibit 2**; letter from Sissy Girtman (June 20, 2021), attached hereto as **Exhibit 3**.

    3.    On or about September 3, 2003, William Mihram quitclaimed his interest in the Contract for Deed to Moore. *See* Quitclaim Deed (Sept. 3, 2003), attached hereto as **Exhibit 4**.

4. On or about September 9, 2003, Otto Kroupa (sic) c/o Aspen Group quitclaimed his interest in the Contract for Deed to Moore. *See* Quitclaim Deed (Sept. 9, 2003), attached hereto as **Exhibit 5**.

5. On October 8, 2003, Travis, Moore, and Defendant Kirk Scoggins filed Articles of Organization to establish Milk River Hunting Preserve, LLC, as a member managed limited liability company. *See* Articles of Organization (Oct. 8, 2003), attached hereto as **Exhibit 6.**

6. On or about October 29, 2003, Moore assigned his interest in the Contract for Deed to Milk River. *See* Assignment (Oct. 29, 2003), attached hereto as **Exhibit 7**.

7. On or about October 29, 2003, Scoggins/Go Big Mountain Ventures assigned any interest he had in the Contract for Deed to Milk River. *See* Assignment (Oct. 29, 2003), attached hereto as **Exhibit 8**.

8. On or about November 6, 2003, Travis assigned his interest in the Contract for Deed to Milk River. *See* Assignment (Nov. 6, 2003), attached hereto as **Exhibit 9**.

9. Milk River satisfied its obligations under the Contract for Deed. Accordingly, a Warranty Deed for the lands subject to the Contract for Deed was recorded on March 18, 2004, as Document No. 124634 in the office of the Clerk and Recorder of Valley County. *See* **Exhibit 2**.

10. On or about December 5, 2006, Milk River acquired an additional 200 acres of land by way of a Warranty Deed from Russell Gilbertson, as Grantor, recorded as Document No. 132582 in the office of the Clerk and Recorder of Valley County, which conveyed to Milk River the following lands located in Valley County, Montana, to wit:

<u>Township 28 North, Range 41 East</u>

Section 28:  Lots 2, 3, 8, 10, SW¼NW¼, NW¼SW¼
            EXCEPTING from Lot 2 a tract of land more particularly described in book 17 of Deeds on pages 42-43, Doc. No. 53396 – to Great Northern Railway Company.

*See* Warranty Deed (Dec. 5, 2006), attached hereto as **Exhibit 10**.

11. Milk River was administratively dissolved by the Montana Secretary of State on December 1, 2011, for its failure to file annual reports. *See* 2011 Involuntary Dissolution Notice, attached hereto as **Exhibit 11**.

12. On July 20, 2018, Moore, through his Agent and Attorney-in-Fact Tom Colligan, purported to Quit Claim all of his ownership interest in Milk River to Daytronics, LLC, an Idaho limited liability company, pursuant to a "Quitclaim of Corporate Interest." *See* Quitclaim of Corporate Interest (July 20, 2018), attached hereto as **Exhibit 12**.

13. On or about May 5, 2021, the United States Department of Justice filed a Notice of Lien for Fine and/or Restitution against Defendant Moore under Document No. 173306 in the office of the Clerk and Recorder for Valley County.

The lien is in the amount of $2,224,917.00. *See* Notice of Lien, attached hereto as **Exhibit 13**.

14. In September or October of 2016, Moore, on behalf of Milk River but without the knowledge or authority of its other members, entered into an agricultural lease with Russ Gilbertson for a term of five years for $25,000, all paid up front. More than five years have elapsed since the entering into of the Lease. *See* Defendant Kevin Moore's Responses to Plaintiff's First Set of Requests for Admission, pp. 3-4 (June 1, 2023), attached hereto as **Exhibit 14**.

15. On August 3, 2018, Moore was found guilty on twenty-one federal charges after a jury trial. He was ordered to pay $2,222,817 to his victims in restitution and $1,926,725 in forfeiture to the United States government. He was thereafter sentenced to ten years and five months in federal prison. (ECF 85, ¶ 34.)

16. Default on Plaintiff's Complaint to Quiet Title was entered against Daytronics, on August 31, 2022. (ECF 14.)

17. Default on Plaintiff's Complaint to Quiet Title was entered against Defendant Steven Shrader, d/b/a Daytronics, on August 31, 2022. (ECF 15.)

18. Default on Plaintiff's Complaint to Quiet Title was entered against Defendant Steven Shrader, d/b/a Daytronics, on August 31, 2022. (ECF 16.)

19. Default on Plaintiff's Complaint to Quiet Title was entered against Defendant Kirk Scoggins on September 27, 2022. (ECF 27.)

20. Default on Plaintiff's Complaint to Quiet Title was entered against Defendant Michael Welcome on October 26, 2022. (ECF 42.)

21. Default on Plaintiff's Complaint to Quiet Title was entered against all Unknown Defendants on October 26, 2022. (ECF 43.)

22. On August 26, 2022, Plaintiff filed a Lis Pendens with the Clerk and Recorder of Valley County, Montana, under Document No. 178923. *See* Lis Pendens (Aug. 26, 2022), attached hereto as **Exhibit 15**.

23. Defendant Moore admitted in his Answer to Verified Complaint and Demand for Jury Trial that the Subject Property is owned in fee simply by Milk River Hunting Preserve, LLC. (ECF 85, ¶ 12.)

24. As a result of the lien filed by the United States, Plaintiff was required by the local title company to name the United States Department of Justice in its complaint to quiet title to the Subject Property. See Schedule C to Litigation Guarantee, attached hereto as **Exhibit 1.**

25. Section 3.1 of the Operating Agreement of Milk River Hunting Preserve, LLC, provides in pertinent part that "the business and affairs of the Company shall be managed by its Members. Except as otherwise provided in this Agreement or by the non-waivable provision of the Act, each Member shall have full and complete authority, power and discretion to manage and control the business, affairs and property of the Company and to perform any and all other acts

or activities customary or incident to the management of the Company's business."
*See* Operating Agreement of Milk River Hunting Preserve, LLC, attached hereto as **Exhibit 16**.

DATED this 8th day of August, 2023.

                                 CHRISTENSEN FULTON & FILZ, PLLC

                                 /s/ Joseph L. Breitenbach
                                   Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Christensen, Fulton & Filz, P.L.L.C., hereby certify that I served a true and complete copy of the foregoing **STATEMENT OF UNDIPSUTED FACTS** on the following persons by the following means:

| | |
|---|---|
| _1-6_ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk, U.S. District Court

2. Benjamin O. Rechtfertig
   Hedger Friend, PLLC
   2800 Central Ave., Suite C
   Billings, MT 59102

3. Lynsey Ross
   Mark Steger Smith
   U.S. Attorney's Office
   2601 2nd Ave. North, Suite 3200
   Billings, MT 59101

4. Chris McConnell
   Kirsten Madsen
   Commissioner of Securities & Insurance
   Office of the Montana State Auditor
   840 Helena Ave.
   Helena, MT 59601

5. Alexander L. Roots
   Planalp & Roots, P.C.
   P.O. Box 1
   Bozeman, MT 59771

-10-
Christensen Fulton & Filz, PLLC
J:\77000.001\Pleadings\Federal Court\230808.Statement of Undpisuted Facts.doc

6. John Pierce
John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367

DATE:  August 8, 2023                              /s/ Joseph L. Breitenbach