ATTACHMENT 1

```
124634 BOOK: 146 DEEDS         PAGE: 980  Pages: 3
STATE OF MONTANA VALLEY COUNTY
RECORDED: 03/18/2004  4:32  KOI: WARRANTY
LYNNE NYQUIST  CLERK AND RECORDER
FEE: $18.00       BY: Rene Clampitt Deputy
TO: VINCENT RIEGER  4 MERIDAN COURT, KALISPELL, MT 59901
```

## WARRANTY DEED

THIS INDENTURE is made and entered into this 25th day of October, 2001, by and between JAMES DAVID GIRTMAN and MILDRED E. GIRTMAN, husband and wife, of HC 81, Box 302, Nashua, Montana 59248, GRANTORS, and KEVIN MOORE, d/b/a WHITETAIL CLASSICS; CHRISTOPHER TRAVIS; WILLIAM MIHRAM; and OTTO KRUPPA, d/b/a ASPEN GROUP LTD., of P. O. Box 619, Bigfork, Montana 59911, GRANTEE(S).

WITNESSETH, that Grantor(s), for valuable consideration, paid by Grantee(s), the receipt whereof is hereby acknowledged, does by these presents grant, bargain, sell, convey, warranty and confirm unto Grantee(s), and to the successors, heirs and/or assigns of Grantee(s) forever, the hereinafter described real estate situated in the County of Valley, State of Montana:

See Exhibit "A" attached hereto and by this reference made a part hereof.

SUBJECT to reservations, right of ways and easements whether of record or not and whether visible or not, and prior mineral and royalty reservations and conveyances of record, if any.

Together with all and singular the hereinbefore described premises, all tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof; and also all the estate, right, title, interest, possession, claim and demand whatsoever, of Grantor(s), of, in or to the said premises, and every part and parcel thereof, with the appurtenances thereto belonging, to have and to hold, all and singular the above mentioned and described premises unto Grantee(s), and to the successors, heirs and/or assigns of Grantee(s) forever.

And Grantor(s), and Grantor's successors, heirs and/or assigns do hereby covenant to forever warrant and defend all right, title and interest in and to the said premises and the quiet and peaceable possession thereof, unto Grantee(s), and to the successors, heirs and/or assigns of Grantee(s), against all acts and deeds of Grantor(s).

*James D. Girtman* (signature)

-1-
CHRISTOFFERSEN & KNIERIM, P.C.
Attorneys at Law

EXHIBIT 2

_____
GRANTOR

STATE OF MONTANA        )
                        : 
County of Valley        )

This instrument was acknowledged before me this 25th day of October, 2001, by JAMES DAVID GIRTMAN and MILDRED E. GIRTMAN.

_____
Notary Public for State of Montana
Residing at Glasgow, Montana
My commission expires 6-20-2002

-2-
CHRISTOFFERSEN & KNIERIM, P.C.
Attorneys at Law

EXHIBIT "A"

TOWNSHIP 28 NORTH, RANGE 41 E.M.M.
Section 29:     Lots 6, 7, 13 and 15, S½NE¼
Section 28:     NW¼NW¼ (less railroad and highway rights of way)
Section 29:     A strip or piece of land 185 feet wide in the NE¼NE¼ of Section 29, Township 28 North, Range 41 E.M.M., being all that part of the right of way of the railway of Great Northern Railway Company lying between two lines parallel to and distant, respectively, 75 feet and 260 feet southwesterly, measured at right angles, from the center line of the railway of the Great Northern Railway Company, as now located and constructed and extending from the east line of said Section 29 northwesterly to a line drawn at right angles to said center line of railway at a point therein distant northwesterly 800 feet, measured along center line, from its intersection with the East line of said Section 29, containing 3.46 acres, more or less. (Deed reference Book 61 of MRE on pages 323-328).

A strip or piece of land 185 feet wide in the E½NW¼ of Section 28, Township 28 North, Range 41 E.M.M., being all that part of said E½NW¼ lying between two lines parallel to and distant, respectively, 75 feet and 260 feet southwesterly, measured at right angles, from the center line of the main tract of the railway of the Great Northern Railway Company, as now located and constructed, containing 5.94 acres, more or less. (Deed reference Book 63 of MRE on pages 27-28)

TOWNSHIP 28 NORTH, RANGE 41 E.M.M.
Section 29:     Lots 1, 2, 5, 8, 10, 11, N½NE¼
Section 30:     Lot 23


After recording, please return to:

Vincent G. Rieger
Law Office of Vincent G. Rieger, P.C.
4 Meridian Court
Kalispell, MT 59901