123420                                           Page 1 of 3

**STATE OF MONTANA**
County of VALLEY } ss.
Filed for record this 9th day of SEPTEMBER, 2003 at 1:05 o'clock P. M. and Recorded in Book 146 of Deeds on Page 676 of the Records of County of VALLEY, State of Montana. Lynne Nyquist .... Clerk and Recorder By Kirk Grandy, Deputy.
FEE: $18.00

No. 14 — QUIT CLAIM DEED.

THIS INDENTURE, Made the 3rd day of Sept. in the year of our Lord 2003 between WILLIAM MIHRAM of 801 N. Tustin, Suite 708, Santa Ana, CA, 92705

..................................................the party of the first part

and JOHN KEVIN MOORE of PO Box 619, Bigfork, MT 59911

..................................................the party of the SECOND PART,

WITNESSETH: That the said party of the FIRST PART for and in consideration of the sum of Ten and other valuable consideration Dollars, ($10.00 ovc.) to him in hand paid by the said party of the SECOND PART, receipt of which is hereby acknowledged, does hereby convey remise, release and forever quitclaim unto the said party of the second part, and to his heirs, and assigns, all right, title and interest in and to the following described real estate, situated in the County of Valley and State of Montana, to-wit:

See attached.

together with all the tenements, hereditaments, and appurtenances thereto belonging, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and also all the estate, right, title, interest............................property, possession, claim and demand whatsoever as well in law as in equity, of the said party of the first part, of, in or to the said premises and every part and parcel thereof.
TO HAVE AND TO HOLD, all and singular the said premises, with the appurtenances unto the said party of the second part his heirs and assigns forever.
IN WITNESS WHEREOF, the said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed, Sealed and Delivered in the Presence of

_____ (SEAL)
WILLIAM MIHRAM
_____ (SEAL)

**STATE OF CALIFORNIA**
County of ................ } ss.
On this ........ day of ............ SEE ATTACHED 2003 ACKNOWLEDGMENT ........ a Notary Public for the State of California, personally appeared WILLIAM MIHRAM

known to me........................................................................

(or proved to me on oath of ..........................)
to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year in this certificate first above written.

.................................. Notary Public for the State of California
Residing at .......................... My Commission expires ..........................

RETURN TO: John Kevin Moore, PO Box 619, Bigfork, MT, 59911

**EXHIBIT 4**

CT 000004

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California  } ss.
County of _Orange_

On _9-3-03_ before me, _Mary E. Butts, Notary Public_
Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _William Mihram_
Name(s) of Signer(s)

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Mary E. Butts_
Signature of Notary Public

[Seal: MARY E. BUTTS, COMM. #1358345, NOTARY PUBLIC - CALIFORNIA, ORANGE COUNTY, My Comm. Expires Jun. 23, 2006]

──────────── OPTIONAL ────────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: _Indenture_

Document Date: _9-3-03_      Number of Pages: _1_

Signer(s) Other Than Named Above: _none_

**Capacity(ies) Claimed by Signer**

Signer's Name: _____

☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER — Top of thumb here]

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827