ATTACHMENT 2.1

123419

**STATE OF MONTANA**

County of VALLEY } ss.
Filed for record this 9th day of SEPTEMBER, 2003, at 1:00 o'clock P.M. and Recorded in Book 146 of Deeds on Page 673 of the Records of County of VALLEY, State of Montana, Lynne Nyquist, Clerk and Recorder By Rene Clampitt Deputy.
FEE: $12.00   STATE PUBLISHING CO., INC.
No. 14—QUIT CLAIM DEED.

THIS INDENTURE, Made the 4 day of September in the year of our Lord 2003 between OTTO KROUPA, c/o Aspen Group, 439 Grand PMB 139, Bigfork, MT, 59911 the party of the first part

and JOHN KEVIN MOORE of PO Box 619, Bigfork, MT, 59911 the party of the SECOND PART,

WITNESSETH: That the said party of the FIRST PART for and in consideration of the sum of Ten and other valuable consideration Dollars, ($10.00 ovc) in hand paid by the said to him party of the SECOND PART, receipt of which is hereby acknowledged; does hereby convey, remise, release and forever quitclaim unto the said party of the second part, and to his heirs, and assigns, all right, title and interest in and to the following described real estate, situated in the County of Valley and State of Montana, to-wit:

See attached.

together with all the tenements, hereditaments, and appurtenances thereto belonging, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and also all the estate, right, title, interest, property, possession, claim and demand whatsoever as well in law as in equity, of the said party of the first part, of, in or to the said premises and every part and parcel thereof.

TO HAVE AND TO HOLD, all and singular the said premises, with the appurtenances unto the said party of the second part his heirs and assigns forever.

IN WITNESS WHEREOF, the said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed, Sealed and Delivered in the Presence of

_____ (SEAL)
OTTO KROUPA
_____ (SEAL)

**STATE OF MONTANA**
County of Flathead } ss.
On this 4th day of September 2003 before me, _____ a Notary Public for the State of Montana, personally appeared OTTO KROUPA known to me _____

or proved to me on oath of _____ to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year in this certificate first above written.

_____
Notary Public for the State of Montana.
Residing at Bigfork
My Commission expires April 27, 2005

RETURN TO: John Kevin Moore, PO Box 619, Bigfork, MT, 59911

EXHIBIT 5

CT 000006

Township 28 North, Range 41 East, MPM
Section 28: NW¼NW¼
EXCEPTING THEREFROM the Railroad and Highway Right of Way described as follows:
Beginning at the Northwest Section corner of Section 28; thence S. 0D 09' W. a distance of 330.00 feet along the west section line of said Section 28 to the true point of beginning; thence S. 0D 09' W. continuing along the section line a distance of 344.28 feet; thence S. 71D 44' 58" E. a distance of 1392.74 feet; thence N. 0D 13' 32" E. along the 1/16 section line a distance of 334.88 feet; thence N. 71D 23' 18" W. along the Highway R/W line a distance of 696.00 feet to highway station 503+00; thence N. 18D 36' 42" E. a distance of 20 feet; thence N. 71D 23' 18" W. along the Highway R/W line a distance of 700.11 feet to the point of true beginning.
ALSO EXCEPTING therefrom all of the lands north of the U.S. Highway No. 2 located in the NW¼NW¼ Section 28, Township 28 North, Range 41 East, MPM. (Deed reference: Book 124 Deeds page 852, Doc. No. 36749)
Excepting therefrom lands conveyed to the State of Montana Highway Commission and more particularly described in book 65 of Deeds on pages 613-614.

Section 28: A strip or piece of land 185 feet wide in the E½NW¼ lying between two lines parallel to and distant respectively, 75 feet and 260 feet southwesterly, measured at right angles, from the center line of the main tract of the railway of the Great Northern (now Burlington Northern) Railway Company, as now located and constructed. (Deed reference book 63 MRE pages 27-28)

Section 29: All that part of the right of way of the railway of Great Northern, now Burlington Northern, lying between two lines parallel to and distant, respectively, 75 feet and 260 feet Southwesterly, measured at right angles from the centerline of the railway of the Great Northern Railway (now Burlington Northern) Company, as now located and constructed and extending from the East line of said Section 29 Northwesterly to a line drawn at a right angle to said centerline of railway at a point therein distant Northwesterly 800 feet, measured along said center line, from its intersection with the East line of said Section 29. (Deed reference book 61 MRE pages 323-328)

Section 29: Lots 6, 7, 13, 15, S½NE¼
Section 29: Lots 1, 2, 5, 8, 10, 11, N½NE¼
Section 30: Lot 23

Situated in Valley County, Montana

(Plat filed March 24, 1981 at 9:00 A.M., Misc. File No. 21598, Doc. No. 33722)

CT 000007