FROM :RIEGER-LAW                FAX NO. :4067559554           Oct. 08 2003 10:27PM  P4

493161

**PRIORITY**

## ARTICLES OF ORGANIZATION

## OF

## MILK RIVER HUNTING PRESERVE, LLC

STATE OF MONTANA
**FILED**
OCT 0 8 2003
SECRETARY OF STATE

Executed by the undersigned for the purpose of forming a Montana limited liability company under the Montana Limited Liability Company Act.

1. **Name.** The name of the limited liability company is:

   MILK RIVER HUNTING PRESERVE, LLC

2. **Duration.** The latest date upon which the limited liability company shall be dissolved is December 31, 2099.

3. **Principal Place of Business.** The address of the principal place of business of the limited liability company in the State of Montana is:

   105 Baker Avenue
   Whitefish, Montana 59937

4. **Registered Office and Agent.** The address of the registered office of the limited liability company is:

   4 Meridian Court
   Kalispell, Montana 59901

   The name of the registered agent at that address is:

   Vincent G. Rieger, Esq.

5. **Member Managed.** The limited liability company will be managed by its members.

6. **Liability of Members.** The limited liability company's members are not liable for a debt, judgment, obligation or liability of the limited liability company.

7. **Members.** The names and addresses of the initial members of the limited liability company are:

   | Name | Address |
   | --- | --- |
   | Kirk A. Scoggins | 105 Baker Avenue<br>Whitefish, Montana 59937 |

EXHIBIT 6

|  |  |
|---|---|
| Christopher Travis | c/o La Paz Professional Center<br>25200 La Paz Road, Suite 106<br>Laguna Hills, CA 92653 |
| John Kevin Moore | P.O. Box 619<br>Bigfork, MT 59911 |

8. **Organizer.** The name and address of the organizer is:

| Name | Address |
|---|---|
| Kirk A. Scoggins | 105 Baker Avenue<br>Whitefish, Montana 59937 |

DATED: October 8, 2003.

_____
Kirk A. Scoggins, Organizer

## CONSENT

The undersigned hereby accepts the appointment as registered agent of MILK RIVER HUNTING PRESERVE, LLC, a Montana limited liability company.

DATED: October 8, 2003.

_____
Vincent G. Rieger, Registered Agent