ATTACHMENT 3.3

```
123949 BOOK: 79  MRE           PAGE: 456  Pages: 2
STATE OF MONTANA VALLEY COUNTY
RECORDED: 11/14/2003  1:42   IDX: ASSGN CONT
LYNNE NYQUIST  CLERK AND RECORDER
FEE: $12.00               BY: Renee Clampitt Deputy
TO: VCAC  PO BOX 26, GLASGOW, MT 59230
```

## ASSIGNMENT

KNOW ALL MEN BY THESE PRESENTS:

That the undersigned, Christopher Travis (the "Assignor"), does hereby assign, transfer and set over unto Milk River Hunting Preserve, LLC, a Montana limited liability company, of 105 Baker Avenue, Whitefish, Montana 59937, its successors and assigns, all of Assignor's, right, title, estate and interest in and to a Contract For Deed dated October 25, 2001 under which Assignor is the purchaser of an undivided one-quarter (1/4) interest in real property located in Valley County, Montana more particularly described as follows:

See Exhibit "A" attached hereto and incorporated by reference.

IN WITNESS WHEREOF, the Assignor has hereto executed this Assignment this 6 day of NOV, 2003.

_____
Christopher Travis

STATE OF CA )
              ) :ss
County of Orange )

This instrument was acknowledged before me on November 6th, 2003, by Christopher Travis.

_____
Morgan Papke
Notary Public for the State of California
Residing at San Clemente, CA
My commission expires: 10/19/07

MORGAN PAPKE
Commission # 1445128
Notary Public - California
Orange County
My Comm. Expires Oct 19, 2007

EXHIBIT 9

## EXHIBIT "A"

Township 28 North, Range 41 East, MPM
Section 28: NW1/4NW1/4
EXCEPTING THEREFROM the Railroad and Highway Right of Way described as follows:
Beginning at the Northwest Section corner of Section 28; thence S. 0D09' W. a distance of 330.00 feet along the west section line of said Section 28 to the true point of beginning; thence S 0D09' W. continuing along the section line a distance of 344.28 feet; thence S 71D44'58" E. a distance of 1392.74 feet; thence N. 0D13'32" E. along the 1/16 section line a distance of 334.88 feet; thence N 71D23'18" W. along the Highway R/W line a distance of 696.00 feet to highway station 503+00; thence N. 18D36'42" E. a distance of 20 feet; thence N 71D 23'18" W. along the Highway R/W line a distance of 700.11 feet to the point of true beginning.
ALSO EXCEPTING therefrom all of the lands north of the U.S. Highway No. 2 located in the NW1/4NW1/4 Section 28, Township 28 North, Range 41 East, MPM. (Deed reference: Book 124 Deeds page 852, Doc. No. 36749).
Excepting therefrom lands conveyed to the State of Montana Highway Commission and more particularly described in book 65 of Deeds on pages 613-614.
Section 28: A strip or piece of land 185 feet wide in the E1/2NW1/4 lying between two lines parallel to and distant respectively, 75 feet and 260 feet southwesterly, measured at right angles, from the center line of the main track of the railway of the Great Northern (now Burlington Northern) Railway Company, as now located and constructed. (Deed reference book 63, MRE pages 27-28)
Section 29: All that part of the right of way of the railway of Great Northern, now Burlington Northern, lying between two lines parallel to and distant, respectively, 75 feet and 260 feet Southwesterly, measured at right angles from the centerline of the railway of the Great Northern Railway (now Burlington Northern) Company, as now located and constructed and extending from the East line of said Section 29 Northwesterly to a line drawn at a right angle to said centerline of railway at a point therein distant Northwesterly 800 feet, measured along said center line, from its intersection with the East line of said Section 29. (Deed reference book 61 MRE pages 323-328)
Section 29: Lots 6, 7, 13, 15, S1/2NE1/4
Section 29: Lots 1, 2, 5, 8, 10, 11, N1/2NE1/4 less railroad and highway right-of-way
Section 30: Lot 23
Situated in Valley County, Montana.

STATE OF MONTANA  )
                  : ss
County of Valley  )

    Recorded at the request of _____ this ___ day of _____, 2003 at _____ o'clock .m. and recorded in the records of Valley County, State of Montana.

Fee $ _____ Pd.
                              _____
                              Valley County Clerk and Recorder

Reception No. _____
                              _____
                              Deputy

After recording please return to:

Vincent G. Rieger
Law Office of Vincent G. Rieger, P.C.
4 Meridian Court
Kalispell, MT 59901

Exhibit A attached to and made a part of that certain Assignment dated _____, 2003, by Christopher Travis, as Assignor, and Milk River Hunting Preserve, LLC, a Montana limited liability company, as Assignee.