ATTACHMENT 4.

```
132582 DEEDS          Pages: 2
STATE OF MONTANA VALLEY COUNTY
RECORDED: 12/08/2006 11:29  KOI: WARRANTY
LYNNE NYQUIST  CLERK AND RECORDER
FEE: $14.00        BY: Reni Clampitt Deputy
TO: VCAC BOX 26, GLASGOW, MT 59230
```

RETURN TO: Milk River Hunting Preserve, LLC
P.O. Box 619
Bigfork, MT 59911

## WARRANTY DEED

THIS INDENTURE is made and entered into this 5th day of December, 2006, by and between RUSSELL GILBERTSON of 251 Fox Farm Road, Glasgow, MT 59230, GRANTOR, and MILK RIVER HUNTING PRESERVE, LLC of P.O. Box 619, Bigfork, MT 59911, GRANTEE.

WITNESSETH, that Grantor, for valuable consideration, paid by Grantee, the receipt whereof is hereby acknowledged, does by these presents grant, bargain, sell, convey, warranty and confirm unto Grantee, and to the successors, and/or assigns of Grantee forever, the hereinafter described real estate situated in the County of Valley, State of Montana:

TOWNSHIP 28 NORTH, RANGE 41 EAST, MPM
Section 28:   Lots 2, 3, 8, 10, SW¼NW¼, NW¼SW¼
              EXCEPTING from Lot 2 a tract of land more
              particularly described in Book 17 of Deeds on
              pages 42-43, Doc. No. 53396 – to Great
              Northern Railway Company

SUBJECT to reservations, right of ways and easements whether of record or not and whether visible or not, and prior mineral and royalty reservations and conveyances of record, if any.

Included in this conveyance are water rights, if any, appurtenant to the premises

Together with all and singular the hereinbefore described premises, all tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues, and profits thereof; and also all the estate, right, title, interest,

-1-
*JAMES K. FEWER, P.C.*
*Attorney At Law*

EXHIBIT
10

CT 000035

possession, claim and demand whatsoever, of Grantor, of, in or to the said premises, and every part and parcel thereof, with the appurtenances thereto belonging, to have and to hold, all and singular the above mentioned and described premises unto Grantee, and to the successors and/or assigns of Grantee forever.

And Grantor, and Grantor's successors, heirs and/or assigns do hereby covenant to forever warrant and defend all right, title and interest in and to the said premises and the quiet and peaceable possession thereof, unto Grantee, and to the successors and/or assigns of Grantee, against all acts and deeds of Grantor.

*Russell Gilbertson*
RUSSELL GILBERTSON

STATE OF MONTANA )
: ss
County of Valley )

This instrument was acknowledged before me this 5th day of December, 2006 by RUSS GILBERTSON.



*James K. Fewer*
James K. Fewer
Notary Public for State of Montana
Residing at Glasgow, Montana
My commission expires June 22, 2010

Tan\Gilbertson\WD1lc\

-2-
*JAMES K. FEWER, P.C.*
*Attorney At Law*