


# 2011 INVOLUNTARY DISSOLUTION NOTICE

- On September 1, 2011, the Corporation or Limited Liability Company referenced in this notice was notified that it would be dissolved unless the legally required Annual Reports and fees were submitted to the Secretary of State within 90 days.

- Since the Annual Report was not successfully filed, Montana law requires the Secretary of State to dissolve your business. This action results in the Corporation or Limited Liability Company forfeiting their rights to carry on business within the state in accordance with Sections 35-6-104 and 35-8-209, Montana Code Annotated.

- Upon mailing of this notice, dissolution proceedings against the Corporation or Limited Liability Company have been completed. The Corporation or Limited Liability Company has involuntarily given up its right to transact business in the State of Montana.

> An involuntarily dissolved Corporation or LLC no longer exists and is liable for the amount of any tax, penalty, or costs to the state of Montana. Montana law requires this office to penalize Corporations and LLCs that do not comply with the Annual Report requirements provided in statute. (35-6-104, 35-8-209, MCA)

### YOUR FOLDER IDENTIFICATION NUMBER IS:

### C127125

If you have questions concerning this action, please don't hesitate to contact our office at AnnualReports@mt.gov or you may call our office at 406.444.5522.

TO REINSTATE....

Download the necessary forms from our website at:

http://sos.mt.gov/Business/Reinstatement



EXHIBIT 11



**ADDRESS SERVICE REQUESTED**

Linda McCulloch
Montana Secretary of State
P.O. Box 202802
Helena, MT 59620
Phone: 406.444.5522
sos.mt.gov

**IMPORTANT INFORMATION**

**DO NOT DISCARD**

```
FIRST CLASS
PRESORT
U.S. POSTAGE PAID
HELENA, MT
PERMIT NO. 89
```

MILK RIVER HUNTING PRESERVE, LLC

VINCENT G. RIEGER, ESQ
4 MERIDIAN CT
KALISPELL MT 59901-4209



# IMPORTANT INFORMATION

# DO NOT DISCARD

# INVOLUNTARY DISSOLUTION NOTICE

# DO NOT DISCARD