## QUITCLAIM of Corporate Interest

I, John Kevin Moore, "GRANTOR," hereby voluntarily and irrevocably relinquish and quit any claim I may hold in 75% or (3/4) interest in Milk River Hunting Preserve, LLC, at 105 Baker Avenue, Whitefish, Montana 59937, Entity Number: C127125 and all legal claim, right, title or interest I may hold in said Montana Limited Liability Company organized on 10/08/2003 under the laws of the State of Montana; to "GRANTEE" Daytronics, LLC., an Idaho Limited Liability Company, Entity Number: D3768 at 3313 W CHERRY LANE #806, MERIDIAN, ID 83642.

The Undersigned "GRANTOR" hereby voluntarily relinquished all claim, right, title or interest in Milk River Hunting Preserve, LLC, at 105 Baker Avenue, Whitefish, Montana 59937, Entity Number: C127125 over to "GRANTEE" Daytronics, LLC, an Idaho Limited Liability Company, Entity Number: D3768 at 3313 W CHERRY LANE #806, MERIDIAN, ID 83642 effective the date hereon, as witnessed by a legal Notary of Public affirmed below:

DATE: 7/20/18

GRANTOR: _____
For John Kevin Moore, by Attorney-in-Fact

NOTE: Attorney-in-Fact for John Kevin Moore a/k/a Kevin Moore, effective April 6, 2018, is TOM COLLIGAN, at 104 Robinson Creek Terrace, Urbanna, Virginia 23175, as Durable Power of Attorney and Attorney-in-Fact, duly authorize by GRANTEE to act on his behalf without legal restriction or reservation, a copy of which is attached hereto.

NOTARY OF PUBLIC:

County/City of Middlesex
Commonwealth/State of Virginia
The foregoing instrument was acknowledged
Before me this 20th day of July 2018 by
E Safranek
_____
E Safranek
Notary Public
My Commission Expires: NOV 30 2022
Notary Registration No.: 7782459





EXHIBIT 12