```
173306 LIENS        Pages: 1
STATE OF MONTANA, VALLEY COUNTY
RECORDED: 05/12/2021  04:50  KOI: LIEN
MARIE L. PIPPIN   CLERK AND RECORDER
FEE: $7.00     BY: Marie L Pippin
TO: U.S. Atty's Office - MT - PO DJJ-EOA02-12X-0074
```

Return to:
U.S. Attorney's Office
Attn: FLU
2601 Second Avenue North, Suite 3200
Billings, MT 59101

## DEPARTMENT OF JUSTICE

## NOTICE OF LIEN FOR FINE AND/OR RESTITUTION IMPOSED PURSUANT TO THE ANTI-TERRORISM AND EFFECTIVE DEATH PENALTY ACT OF 1996

United States Attorney's Office
District of Montana

Serial Number
2019A07230

NOTICE is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

**Name of Defendant/Social Security Number**
John Moore/***-**-2872

**Court Number**
CR 17-42-GF-BMM

**Residence**
Glasgow, MT 59230

**Date of Entry of Judgment**
January 31, 2019

**Amount of Fine/Restitution**
$2,224,917.00

**Court Imposing Judgment**
U.S. District Court - District of Montana

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. § 3612(g).

IMPORTANT RELEASE INFORMATION--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but no later than June 30, 2049.

Place of Filing: Valley County Clerk and Recorder, 501 Court Square #2, Glasgow, MT 59230.

This notice was prepared and signed at Billings, Montana, on this 12th day of May, 2021.

VICTORIA L. FRANCIS
Assistant United States Attorney

EXHIBIT 13