Alexander L. Roots
PLANALP & ROOTS, P.C.
27 N. Tracy Avenue
P.O. Box 1
Bozeman, MT 59771-0001
Telephone: (406) 586-4351
alex@planalplaw.com

John Pierce
John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
jpierce@johnpiercelaw.com

*Attorneys for John Kevin Moore*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively on behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KEVIN MOORE, et. al.,<br><br>Defendants. | Cause No. CV-22-74-GF-BMM |

### DEFENDANT'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

*Defendant John Kevin Moore's Responses to Plaintiffs' Requests for Admission - 1*


EXHIBIT 14

any portion of the insurance premiums concerning the real property owned by Milk River Hunting Preserve since June 12, 2017.

4. Admit that you have not paid any portion of the electricity or water bills concerning the real property owned by Milk River Hunting Preserve since at least October of 2016.

   **RESPONSE:** Denied. However, it is admitted that Mr. Moore has not paid any portion of the electricity or water bills concerning the real property owned by Milk River Hunting Preserve since June 12, 2017.

5. Admit that Milk River Hunting Preserve, LLC was administratively dissolved by the Montana Secretary of State more than five years ago.

   **RESPONSE:** Admitted.

6. Admit that you entered into a five-year lease agreement on behalf of Milk River Hunting Preserve with Russ Gilbertson for his use of certain real property owned by Milk River Hunting Preserve, LLC.

   **RESPONSE:** Admitted.

7. Admit that Russ Gilbertson paid $25,000.00 for the lease agreement discussed in Request Admission No. 6.

   **RESPONSE:** Admitted.

8. Admit that the $25,000.00 paid by Russ Gilbertson for the lease agreement discussed in Request Admission No. 6 was paid directly to an attorney

representing you with respect to the charges brought against you by the United States Department of Justice and/or the Montana Commissioner of Securities and Insurance.

**RESPONSE:** Denied. The amount referenced was paid in or about September or October 2016 by wire transfer to Mr. Moore's attorney Channing Hartelius. At that time, there were no charges pending by the U.S. Department of Justice or the Montana Commissioner of Securities and Insurance.

DATED this 1st day of June, 2023.

/s/ Alexander L. Roots
Alexander L. Roots
27 N. Tracy Avenue
P.O. Box 1
Bozeman, MT 59771-0001
alex@planalplaw.com

/s/ John M. Pierce
John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
jpierce@johnpiercelaw.com