```
178923 MRE                    Pages: 3
STATE OF MONTANA VALLEY COUNTY
RECORDED: 08/26/2022 11:23  KOI: L PENDEN R
MARIE PIPPIN   CLERK AND RECORDER
FEE:    $24.00 BY: Jennifer Young, Deputy
TO: CHRISTENSEN, FULTON & FITZ PLLC  19 36TH ST W SUITE 3,
```

RETURN TO:
Joseph L. Breitenbach
CHRISTENSEN, FULTON & FILZ, PLLC
19 36th St. W., Suite 3
Billings, MT 59102-4303

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively on behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KEVIN MOORE, KIRK ALLEN SCOGGINS, STEVEN SHRADER and DEBRA SHRADER d/b/a DAYTRONICS, DAYTRONICS, LLC, an Idaho limited liability company, MICHAEL WELCOME, THE COMMISSIONER OF SECURITIES AND INSURANCE, OFFICE OF THE MONTANA STATE AUDITOR, the UNITED STATES DEPARTMENT OF JUSTICE, JOHN DOES I-X, and all other unknown heirs or any unknown devisees of any deceased person, or any other person, unknown, who claim or may claim any right, title, estate, or interest therein or lien or encumbrance thereon adverse to Plaintiff's ownership or any cloud upon Plaintiff's title thereto, whether such claim or possible claim be present or contingent,<br><br>Defendants. | Cause No.: CV-22-74-GF-BMM-JTJ<br><br><br><br>**LIS PENDENS** |

TO:   Clerk and Recorder of Valley County, Montana:

EXHIBIT 15

1    PURSUANT to Mont. Code Ann. § 70-28-106, notice is hereby given that the
2    Plaintiff above-named has filed a Verified Complaint to Quiet Title against the
3    Defendants above-named to quiet title in Plaintiff's name in the following described
4    property located in Valley County, Montana:

Township 28 North, Range 41 East, MPM

Section 28:   NW¼NW¼
EXCEPTING THEREFROM the Railroad and Highway Right of Way described as follows:

Beginning at the Northwest Section corner of Section 28; thence S. 0D 09' W. a distance of 330.00 feet along the west section line of said Section 28 to the true point of beginning; thence S. 0D 09' W. continuing along the section line a distance of 344.28 feet; thence S. 71D 44' 58" E. a distance of 1392.74 feet; thence N. 0D 13' 32" E. along the 1/16 section line a distance of 334.88 feet; thence N. 71D 23' 18" W. along the Highway R/W line a distance of 696.00 feet to highway station 503+00; thence N. 18D 36' 42" E. a distance of 20 feet; thence N. 71D 23' 18" W. along the Highway R/W line a distance of 700.11 feet to the point of true beginning.

ALSO EXCEPTING therefrom all of the lands north of the U.S. Highway No. 2 located in the NW¼NW¼ Section 28, Township 28 North, Range 41 East, MPM. (Deed reference: Book 124 Deeds page 852, Doc. No. 36749)

EXCEPTING therefrom lands conveyed to the State of Montana Highway Commission and more particularly described in book 65 of Deeds on pages 613-614.

Section 28:   A strip or piece of land 185 feet wide in the E½NW¼ lying between two lines parallel to and distant respectively, 75 feet and 260 feet southwesterly, measured at right angles, from the center line of the main track of the railway of the Great Northern (now Burlington Northern) Railway Company, as now located and constructed. (Deed reference book 63 MRE pages 27-28).

Section 29:   All that part of the right of way of the railway of Great Northern, now Burlington Northern, lying between two lines parallel to and distant, respectively, 75 feet and 260 feet Southwesterly, measured at right angles from the centerline of the railway of the Great Northern Railway (now Burlington Northern) Company, as now located and constructed and extending from the East line of said Section 29 Northwesterly to a line drawn at a right angle to said centerline of railway at a point therein

178923                                                          Page 3 of 3

distant Northwesterly 800 feet, measured along said center line, from its intersection with the East line of said Section 29. (Deed reference book 61 MRE pages 323-328)

Section 29:   Lots 6, 7, 13, 15, S½NE¼

Section 29:   Lots 1, 2, 5, 8, 10, 11, N½NE¼ less railroad and highway right-of-way

Section 30:   Lot 23

Township 28 North, Range 41 East, MPM

Section 28:   Lots 2, 3, 8, 10, SW¼NW¼, NW¼SW¼
EXCEPTING from Lot 2 a tract of land more particularly described in book 17 of Deeds on pages 42-43, Doc. No. 53396 – to Great Northern Railway Company.

The filing of this Lis Pendens is deemed by the above statute to give notice of the pendency of the action to all persons. For more information, please see the file in the office of the Valley County Clerk of District Court.

DATED this 24th day of August, 2022.

CHRISTENSEN, FULTON & FILZ, PLLC

By_____
Joseph Breitenbach
Attorney for Plaintiff

STATE OF MONTANA)
                 :ss.
County of Yellowstone )

This instrument was acknowledged before me on this 24th day of August, 2022, by Joseph L. Breitenbach, attorney for Plaintiff.



NICOLE A. OBIE
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
October 7, 2025

-3-
Christensen Fulton & Filz, PLLC
J:\77000.001\Pleadings\Federal Court\220824.Lis Pendens.doc