# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively on behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KEVIN MOORE, et al.,<br><br>Defendants. | CV-22-74-GF-BMM<br><br><br>ORDER |

Upon Defendant John Moore's Motion to Appear Telephonically (Doc. 143) and with good cause shown, IT IS HEREBY ORDERED that Defendant Moore may appear at the motion hearing on February 29, 2024 by telephone. The Clerk of Court will provide Defendant More with the call-in number.

DATED this 23rd day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court