**CHRIS McCONNELL**
**KIRSTEN MADSEN**
Legal Counsel
Commissioner of Securities & Insurance,
Office of the Montana State Auditor
840 Helena Avenue
Helena, MT 59601
Phone: (406) 444-2040
Fax: (406) 444-3497
Email: Christopher.McConnell@mt.gov
Email: Kirsten.Madsen@mt.gov
E-service: CSI.LegalService@mt.gov

*Counsel for Defendant Commissioner of Securities & Insurance, Office of the Montana State Auditor*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively on behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KEVIN MOORE, et al.,<br><br>Defendants. | Case No. CV-22-74-GF-BMM-JTJ<br><br>**STIPULATION AND UNOPPOSED MOTION TO DISMISS DEFENDANT CSI** |

Plaintiff Christopher Travis, Defendant and Counterclaimant/Cross-claimant U.S. Department of Justice, and Defendant and Cross-claimant Commissioner of Securities and Insurance, Office of the Montana State Auditor ("CSI"), each

appearing through their respective undersigned counsel, hereby stipulate to, and jointly move this Court for an order dismissing CSI from this case without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c). CSI received permission from Plaintiff and the United States to affix their counsels' respective e-signatures to the Stipulation and Unopposed Motion. *See* Rule 11.2 of the Local Rules.

Defendant John Kevin Moore appearing *pro se* does not object to the Stipulation and Unopposed Motion. *See* copy of email from John Kevin Moore, Mar. 27, 2024, attached hereto as Exhibit A.

With the parties' stipulation and CSI's unopposed motion, there will be no remaining claims asserted against CSI or asserted by CSI against any other party in this matter. A proposed Order is submitted herewith for the Court's consideration.

DATED this __1st__ day of __April__________ 2024.

FOR DEFENDANT and CROSS-CLAIMANT CSI:

By: /s/ Chris McConnell
CHRIS McCONNELL
KIRSTEN MADSEN
Legal Counsel

DATED this __27th__ day of __March__________ 2024.

FOR PLAINTIFF CHRISTOPHER TRAVIS,
individually and derivatively on behalf of
MILK RIVER HUNTING PRESERVE, LLC:

By: /s/ Joseph L. Breitenbach
JOSEPH L. BREITENBACH
Christensen Fulton & Fitz, PLLC
BENJAMIN O. RECHTFERTIG
Hedger Friend, PLLC

DATED this __26th__ day of __March__________ 2024.

FOR DEFENDANT and
COUNTERCLAIMANT/CROSS-CLAIMANT
UNITED STATES:

By: /s/ Lynsey Ross
LYNSEY ROSS
MARK STEGER SMITH
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on April 1, 2024, a copy of the foregoing was served by electronic means on all parties noted in the Court's ECF transmission facilities pursuant to FRCP 5(d)(1), and on the following parties by US mail, first class, postage prepaid:

John Kevin Moore
PO Box 8821
Kalispell, MT 59901

*Pro Se Defendant*

Commissioner of Securities & Insurance,
Office of the Montana State Auditor
840 Helena Avenue
Helena, MT 59601

*Counsel for CSI*

By: /s/ Chris McConnell
CHRIS McCONNELL
KIRSTEN MADSEN