**From:** John Moore
**To:** McConnell, Christopher
**Subject:** [EXTERNAL] Re: CSI"s proposed motion to voluntarily dismiss itself from the case (Rule 41)
**Date:** Wednesday, March 27, 2024 9:02:06 AM
**Attachments:** image001.png
image003.png
image004.png
image005.png
image006.png
image002.png
image004.png

---

Dear Mr McConnell, Please be advised that I have no objections to your Voluntary Dismissal in CV 22-74 BMM and filing with the Court. J. Kevin Moore (406) 212-9951

On Tue, Mar 26, 2024, 2:01 PM McConnell, Christopher <Christopher.McConnell@mt.gov> wrote:

> Good afternoon Mr. Moore,
>
> CSI desires to voluntarily exit from the civil case, *Travis vs. Moore*, et. al, CV-22-74-GF-BMM-JTJ. If granted, what that would mean is there will be no remaining claims asserted by CSI against any other party or against CSI in this matter. The remaining parties, excluding CSI, would continue in this case. Based on your prior remarks to the court, it sounds like you believe CSI shouldn't be in this civil case in any event.
>
> In order to voluntarily exit, CSI is reaching out to the parties to see if they are willing to stipulate to CSI's voluntary dismissal. See F.R.Civ.P. 41(a)(1)(A)(ii) and (c). I have contacted Mr. Travis's counsel, as well as the U.S.'s counsel. Both are willing to stipulate to CSI exiting this civil litigation via a Joint Motion and Stipulation.
>
> Are you willing to stipulate to CSI's Rule 41 dismissal from the case? If yes, please let me know so I can file the appropriate stipulation and motion with the court. I attached a draft of what the Stipulation and Joint Motion would look like for your review.
>
> Please let me know your position as soon as you can.
>
> Thank you in advance for your time and consideration.
>
> Chris McConnell
>
> CHRIS MCCONNELL | ***Legal Counsel***

EXHIBIT
A

Office of the Montana State Auditor

Commissioner of Securities and Insurance

*406.444.2040 (o)*

*840 Helena Ave. | Helena, MT 59601*

[facebook.com] [instagram.com] [twitter.com] [csimt.gov]

This e-mail transmission and any attachments to it may contain information from the Office of the Montana State Auditor, Commissioner of Securities and Insurance, which is confidential and/or privileged. The information is intended to be solely for the use of the individual or entity named above. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. If you received this e-mail in error, please immediately notify me by return e-mail and delete the information your received in error immediately. Thank you.