**CHRIS McCONNELL**
**KIRSTEN MADSEN**
Legal Counsel
Commissioner of Securities & Insurance,
Office of the Montana State Auditor
840 Helena Avenue
Helena, MT 59601
Phone: (406) 444-2040
Fax: (406) 444-3497
Email: Christopher.McConnell@mt.gov
Email: Kirsten.Madsen@mt.gov
E-service: CSI.LegalService@mt.gov

*Counsel for Defendant Commissioner of Securities & Insurance,*
*Office of the Montana State Auditor*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively on behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KEVIN MOORE, et al.,<br><br>Defendants. | Case No. CV-22-74-GF-BMM-JTJ<br><br>**DEFENDANT CSI'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I, III, AND IV** |

Defendant and Cross-claimant, Commissioner of Securities and Insurance, Office of the Montana State Auditor ("CSI") does not oppose Plaintiff's Motion

and Brief in Support of Partial Summary Judgment on Counts I, III and IV. (Docs. 156 and 157.)

CSI agrees with Plaintiff that the Court should grant Plaintiff partial summary judgement on Counts I, III and IV of the Verified Complaint.

As for the issue of awarding attorney's fees and costs to Plaintiff, CSI takes no position on whether Plaintiff should be awarded attorney's fees and costs against Defendant Moore as a member of Milk River Hunting Preserve or from the proceeds of the sale of the Subject Property. CSI leaves it to the discretion of the Court. Plaintiff's motion does not seek an award of attorney's fees and costs against CSI.

DATED this 1st day of April, 2024.

Commissioner of Securities & Insurance,
Office of the Montana State Auditor
840 Helena Avenue
Helena, MT 59601

*Counsel for CSI*

By: /s/ Chris McConnell
CHRIS McCONNELL
KIRSTEN MADSEN