UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively on behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN KEVIN MOORE, et al.,<br><br>Defendants. | Case No. CV-22-74-GF-BMM-JTJ<br><br><br>**ORDER GRANTING MOTION TO DISMISS DEFENDANT CSI** |

Pursuant to the Stipulation and Unopposed Motion signed by the parties or their counsel and filed by counsel for Defendant and Cross-claimant Commissioner of Securities and Insurance, Office of the Montana State Auditor ("CSI") (Doc. 162), and good cause appearing, **IT IS ORDERED** that, pursuant to Rule 41(a) and (c), Fed. R. Civ. P., CSI is dismissed without prejudice from the above-entitled action.

DATED this 1st day of April, 2024.

_____
Brian Morris, Chief District Judge
United States District Court