John Kevin Moore
P.O. Box 8821
Kalispell, MT. 9904

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CHRISTOPHER TRAVIS, individually and derivatively and behalf of MILK RIVER HUNTING PRESERVE, LLC, a dissolved Montana limited liability company, | CV 22-74-GF-BMM-JTJ |
| Plaintiff, | |
| vs. | DEFENDANT MOORE RESPONSE TO CSI'S RESPONSE TO PLAINTIFS MOTION FOR PARTIAL SUMMERY JUDGEMENT ON COUNTS I, III AND IV |
| JOHN KEVIN MOORE, et al., | |
| Defendant. | |

Defendant Moores response to Case 4:22-cv-00074-BMM Document 163 Filed on 04/01/24 Pages 1of 2.

Defendant Moore opposes the response of Montana Commissioners of Securities & Insurance Office, and request the court remove it's response from filings as the State had and has removed itself from any further involvement in this Civil litigation of the case before this court. Also this defendant believes the State of Montana had no standing in its actions for cross complaint and never should have been named by plaintiff as a defendant.

John K Moore April 10 '24